## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**KRISTIAN MCFARLAND,**

**A/K/A KRISTIAN MCNEAL**,

   *Plaintiff,*

 *v.*

**THE SUNSHINE HOUSE, INC.**

   *Defendant.*

*Case No.*

*Jury Demand*

## COMPLAINT FOR VIOLATATION OF THE FAIR LABOR STANDARDS ACT

NOW COMES Plaintiff Kristian McFarland a/k/a Kristian McNeal ("Plaintiff") through undersigned counsel and makes her claims against Defendant The Sunshine House, Inc. ("Defendant"/"Employer"), showing the Court as follows:

1.

This action is brought pursuant to Chapter 8 of Title 29, United States Code, the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq*., as amended ("FLSA").

2.

This action involves federal questions under 28 U.S.C. § 1331.

3.

Jurisdiction is proper in this court.

4.

Venue is proper in this court.

5.

Plaintiff Kristian McFarland a/k/a Kristian McNeal is a natural person.

6.

Plaintiff Kristian McFarland a/k/a Kristian McNeal is a resident of Duluth, Georgia (Gwinnett County).

7.

Plaintiff Kristian McNeal is also now known by her married name of Kristian McFarland.

8.

Plaintiff began working for Defendant before she took her married name.

9.

Defendant The Sunshine House, Inc. is a for-profit corporation.

10.

Defendant The Sunshine House, Inc. is organized under the laws of the State of South Carolina.

11.

Defendant The Sunshine House, Inc.'s Georgia registered agent is Lawrence O. Anderson, whose address is 151 East Main Street, Canton, GA 30114.

12.

Defendant The Sunshine House, Inc. can receive service of process through its registered agent.

13.

Defendant The Sunshine House, Inc. has its principal office at 1801 Bypass 72 NE, Greenwood, SC 29649.

14.

Defendant The Sunshine House, Inc. during the time period in question was engaged in interstate commerce.

15.

Defendant The Sunshine House, Inc. during the time in question had at least two employees engaged in interstate commerce activities.

16.

Defendant The Sunshine House, Inc. was during the time in question a preschool.

17.

From November 12, 2012 to the present, Plaintiff has been employed by Defendant The Sunshine House, Inc. as an "Assistant Director."

18.

Plaintiff was during the time period in question employed at the business locations of Center Number 76 in Lawrenceville, Georgia (Gwinnett County) and Center Number 78 in Stone Mountain, Georgia (Gwinnett County).

19.

During the described time period, Plaintiff worked over forty (40) hours a week without compensation for overtime pay.

20.

During much of the described time period, Plaintiff was not an exempt employee.

21.

Plaintiff suffered loss of wages because of the actions of Defendant The Sunshine House, Inc.

22.

Plaintiff is entitled to the Four Thousand Six Hundred and Sixty-Five Dollars and Thirty-Eight Cents ($4,665.38) wages she was not properly paid for the period from November 12, 2012 to May 10, 2013.

23.

Plaintiff is entitled to the Five Thousand Seven Hundred and Seventy-Six Dollars and Ten Cents ($5,776.10) wages she was not properly paid for the period from May 11, 2013 to June 30, 2014.

24.

Plaintiff is entitled to liquidated damages on unpaid wages because of the actions of Employer in the amount of Four Thousand Six Hundred and Sixty-Five Dollars and Thirty-Eight Cents ($4,665.38) and also in the amount of Five Thousand Seven Hundred and Seventy-Six Dollars and Ten Cents ($5,776.10), for a total liquidated damages amount of Ten Thousand Four Hundred and Forty-One Dollars and Forty-Eight Cents ($10,441.48).

WHEREFORE, Plaintiff demands that she have trial by jury and judgment against Defendant as follows:

a)  For unpaid wages in the amount of Four Thousand Six Hundred and Sixty-Five Dollars and Thirty-Eight Cents ($4,665.38) plus Five Thousand Seven Hundred and Seventy-Six Dollars and Ten Cents ($5,776.10);

b)  For liquidated damages on unpaid wages in the amount of Ten Thousand Four Hundred and Forty-One Dollars and Forty-Eight Cents ($10,441.48);

c)  For her costs and expenses;

d)  For her attorney's fees; and

e)  For such other and further relief as is just, proper, or equitable.

This 19th Day of August, 2014.

/S/ Drew Mosley
Drew Mosley
Attorney for Plaintiff
GA Bar No. 526406
Drew Mosley, LLC
600 South Perry Street
Lawrenceville, GA 30046
Office Phone (678) 225-0098
Office Fax (678) 221-0230
Email: drew@mlawmail.com