## SETTLEMENT AGREEMENT

This settlement agreement dated this ___11th___ day of _August_, 2014, is by and between Kristian McFarland a/k/a Kristian McNeal ("McNeal"), on the one hand, and *~~JV~~ The* Sunshine House, Inc. ("Sunshine"), on the other hand.

WHEREAS the parties are involved in a dispute to be filed as *Kristian McFarland a/k/a Kristian McNeal v. Sunshine House, Inc.*, Civil Action Number 14-XXXX, Federal District Court for the Northern District of Georgia;

In consideration of the mutual covenants herein contained, the parties agree that McNeal's Fair Labor Standards Act claim from November 12, 2012 to June 30, 2014 shall be resolved as below:

1. McNeal will dismiss the above-named litigation with prejudice upon McNeal's receipt of this executed settlement agreement, approval thereof by the Court, and payment by Sunshine. The Dismissal with Prejudice will dismiss this claim by McNeal.

2. Defendant will pay to McNeal within ten (10) days of the date of approval by the Court the sum of Fourteen Thousand Dollars ($14,000.00), which sum includes the cost of the filing fee in this matter of Four Hundred Dollars ($400.00), plus McNeal's actual attorney's fees, not to exceed Five Thousand Dollars ($5,000.00).

1

With the exception of the covenants and agreements contained herein:

1.    McNeal hereby releases Sunshine, its agents, employees, successors, assigns, and affiliated entities from the above described Fair Labor Standards Act claim.

There are no agreements, understandings, or representations between the parties, relating to the subject matter hereof, other than what is written in this document.

Upon failure of either party to adhere to the terms of this agreement all appropriate relief shall be available through the courts.

(This space intentionally left blank.)

2

This agreement shall be under the laws of the United States and the State of Georgia, and any disputes shall be litigated in the Federal District Court for the Northern District of Georgia.

This agreement is contingent upon its acceptance and approval by a judge of the Federal District Court for the Northern District of Georgia.

Agreed to under seal this 11th day of August , 2014.

_____     8-11-14
Kristian McFarland a/k/a Kristian McNeal     Date

The Sunshine House, Inc.     8/19/14
_____     Date

By its  President  (officer)

_____     8-12-14
Drew Mosley,     Date
Counsel for Kristian McNeal

Jamie M. Brabston     8/19/14
_____     Date
Jamie M. Brabston,
Counsel for Defendant

3