IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **KRISTIAN MCFARLAND,** **A/K/A KRISTIAN MCNEAL**, *Plaintiff,* *v.* **THE SUNSHINE HOUSE, INC.** *Defendant.* | *Case No.* 1:14-cv-02693-RWS |

## ~~PROPOSED~~ ORDER APPROVING SETTLEMENT AND PLAINTIFF'S ATTORNEY FEES AND DISMISSING CASE

The matter of the Joint Motion to Approve Settlement and Attorney's Fees in this matter having been read and considered as presented to the Court with exhibits, the Court finds that the proposed settlement is a satisfactory and reasonable settlement of the Fair Labor Standards Act claims at issue, that the activity of Plaintiff's counsel as documented was reasonable and necessary, and that the Plaintiff's counsel's fee as compromised is reasonable.

The Court therefore hereby APPROVES the settlement and attorney's fee described. Costs and Plaintiff's attorney's fees are taxed against Defendant as included in the settlement, which the Court adopts. The case is DISMISSED with prejudice, and the Clerk is ordered to close the case.

SO ORDERED, this 2nd day of October, 2014

RICHARD W. STORY
United States District Judge